

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION

IN RE: § 
§ CASE NO. 97-42813 SCS
Lonnie Augustus Sr. & §
Sheila Vanessa Parker §
§
DEBTOR(s). §

## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW Dilks & Knopik, LLC, by and through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. ("Applicant") hereby petitions the Court for $1,343.26, which is the one half sum of all monies being held in the registry of this court as unclaimed funds, which are due to Lonnie Augustus Sr. & Sheila Vanessa Parker, creditor. A dividend check in the amount totaling $2,686.51 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

At the time of their bankruptcy, Lonnie & Sheila Parker had an address of 116 Linbrook Drive, Newport News, VA 23602, as evidenced by exhibits A & B. That address is no longer valid. The change of address prevented delivery of the initial dividend check. Furthermore, Lonnie & Sheila Parker are now divorced and have not kept in touch. For this reason, Sheila Parker is claiming her one half share of the unclaimed funds mentioned above.

The claimant's current mailing address, phone and social security/tax identification number are:

Sheila Vanessa Parker
810 Brighton Ln., Apt. 90
Newport News, VA 23602
(757) 596-2362
SSN: 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

Furthermore, Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

Dilks & Knopik, LLC has been appointed by Sheila Vanessa Parker, claimant, as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. to recover these funds on behalf of Sheila Vanessa Parker.

# AUTHORITY TO ACT
# LIMITED POWER OF ATTORNEY

Limited to one Transaction

1. **Sheila Parker**, with a Social Security Number of ___243049386___ ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,343.26 representing ½ interest of $2,686.51** (the "UNCLAIMED FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the UNCLAIMED FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the UNCLAIMED FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Limited Power of Attorney shall be come effective on the below signed date and shall be terminated upon the receipt of UNCLAIMED FUNDS recovered by D&K.

_____Sheila Parker_____                    _____12-10-03_____, 20 03
Sheila Parker                                Date

## ACKNOWLEDGMENT

STATE OF ___VA___ )
COUNTY OF ___Yorktown___

On this __10__ day of __Dec__, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) ___Sheila B. Parker___ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC ___Deborah J. Hul___
Residing at ___George Washington Hwy___
My Commission Expires ___8-31-05___





PARKER, SHEILA EVANS
810 BRIGHTON LANE APT 90
NEWPORT NEWS, VA 23602-7242

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA, NEWPORT NEWS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 97-42813 SCS |
| Lonnie Augustus Sr. & | § | |
| Sheila Vanessa Parker | § | |
| | § | |
| DEBTOR(s). | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Tommy Andrews, Jr., Attorney for Tommy Andrews, Jr., P.C., the undersigned, do declare that on __1/12/04__, I served the within Motion for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

>U.S. Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>
>-And-
>
>Office of the United States Trustee
>115 South Union Street, Ste 210
>Alexandria, VA 22314

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: __1/12/04__         Respectfully Submitted: _____
                                                    Tommy Andrews, Jr., Attorney
                                                    Tommy Andrews, Jr., P.C.
                                                    122 North Alfred Street
                                                    Alexandria, VA 22314
                                                    (703) 838-9004

On __Jan. 12 /04__ before me, Tommy Andrews, Jr., personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]    Vanessa Buskumaute
          Notary Public
          for the State of Virginia, City of Alexandria
          My commission expires __05/31/07__

# U.S. Bankruptcy Court LIVE
## Eastern District of Virginia - LIVE (Newport News)
### Bankruptcy Petition #: 97-42813-SCS

*Assigned to:* Stephen C. St. John
Chapter 13
Previous chapter 13
Voluntary
Asset

*Date Filed:* 10/06/1997
*Date Dismissed:* 05/01/2003

**Lonnie Augustus Parker, Sr.**
116 LINBROOK DRIVE
NEWPORT NEWS, VA 23602
SSN: 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
Tax id: NA
*Debtor*

represented by **Richard G. Poinsett**
2030 COLISEUM DRIVE, SUITE C
HAMPTON, VA 23666
757 825-5577

**Sheila Vanessa Parker**
116 LINBROOK DRIVE
NEWPORT NEWS, VA 23602
SSN: 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
Tax id: NA
*Joint Debtor*
*PKA*
**Sheila Evans Owens**
116 LINBROOK DRIVE
NEWPORT NEWS, VA 23602
*PKA*
**Sheila V. Owens**
116 LINBROOK DRIVE
NEWPORT NEWS, VA 23602

represented by

**Richard G. Poinsett**

(See above for address)

**Frank J. Santoro**
1435 Crossways Boulevard, Suite 301
Chesapeake, VA 23320
(757) 333-4000
*Trustee*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 10/30/2003 | 44 | Report of Deposit of Unclaimed Funds/Small Dividends *for Lonnie Augustus Parker Sr and Sheila Vanessa Parker in the amount of 2686.51* Filed by Frank J. Santoro (Trump, Maggie) (Entered: 10/31/2003) |
| 10/31/2003 | 45 | Receipt of Deposit of Unclaimed Funds/Small Dividends. Receipt Number 40313; In the Amount of $ 2686.51. (Re: related document(s)[44] Report of Deposit of Unclaimed Funds/Small Dividends filed by Frank J. Santoro) (Trump, Maggie) |

# EXHIBIT B

| A. CONTROL NUMBER 9430901538 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0... |
|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 13-3784645 | | |

C. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE
SIEMENS AUTOMOTIVE CORPORATION
615 BLAND BOULEVARD
PO BOX 2302
NEWPORT NEWS VA 23602

D. EMPLOYEE'S SOCIAL SECURITY NUMBER
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

E. EMPLOYEE'S NAME ADDRESS AND ZIP CODE
SHEILA V PARKER
116 LINBROOK DRIVE

NEWPORT NEWS, VA 23602

| 16 STATE | EMPLOYER'S STATE I.D. NO. | 17 STATE WAGES, TIPS, ETC. | 18 ST |
|---|---|---|---|
| VA | 0016493211 | 7646.04 | |

Copy 2. To be filed with Employee's STATE, CITY or LOCAL tax retur'
FORM W-2 Wage and Tax Statement

| Date | Case | Name | Check# | Amount | Description |
|---|---|---|---|---|---|
| 10/14/2003 | 02-76696-DHA | Cynthia J. Williams | 143216 | $11.47 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/14/2003 | 97-43528-DHA | Joseph D. Ripperger | 40157 | $53.86 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/14/2003 | 96-40293-DHA | Darren L. Blount | 40157 | $121.16 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/14/2003 | 83-40323 | Robert C. Williams | | $1,507.36 | Order on Motion for Return of Unclaimed Funds |
| 10/15/2003 | 94-33174-BNS | Ronald Lee Dudley | | $1,438.07 | Order on Motion for Return of Unclaimed Funds |
| 10/15/2003 | 98-18470 | William Thompson | | $1,500.00 | Order on Motion for Return of Unclaimed Funds |
| 10/16/2003 | 00-35314-DOT | Daniel K. Smith | 92972 | $500.16 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/16/2003 | 00-33495-DOT | Mashkoor R. Khan | 92836 | $100.76 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/17/2003 | 96-11686-SSM | Kenneth W. Waters | | $4,025.00 | Order on Motion for Return of Unclaimed Funds |
| 10/20/2003 | 98-34068-DOT | Lejuan Carter Loar | 92973 | $2,624.63 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/23/2003 | 99-41937-SCS | Systems Engineering & Energy | 40240 | $836.85 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/23/2003 | 00-24606-SCS | Allen Vann | 143394 | $5.58 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/24/2003 | 99-41842-SCS | Antonio Richardson | | $1,000.00 | Order on Motion for Return of Unclaimed Funds |
| 10/24/2003 | 02-72119-DHA | Curtis Cleo Braxton | 143459 | $202.50 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/24/2003 | 99-38246-DOT | Fredericksburg Garage Door Co | 93231 | $86.25 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/27/2003 | 98-38060-DOT | Cyberstuff Corp. | 93230 | $3,437.10 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/27/2003 | 96-20223-SCS | Roger P. Miller | | $1,650.00 | Order on Motion for Return of Unclaimed Funds |
| 10/27/2003 | 97-25345-DHA | Stewart Milton Powers | | $1,008.35 | Order on Motion for Return of Unclaimed Funds |
| 10/27/2003 | 96-27154-DHA | Key Security Systems, Inc. | | $8,220.94 | Order on Motion for Return of Unclaimed Funds |
| 10/27/2003 | 01-21642-SCS | The RMJ Group, Inc. | 143492 | $90.06 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/29/2003 | 00-35004-DOT | Armstead Douglas Reid | 93230 | $496.92 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/30/2003 | 00-13805-RGM | Gregorio C. Aquino | 112084 | $4,634.81 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/30/2003 | 98-17553-RGM | Steven Paul Harris | 112084 | $283.27 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-31280-DOT | Nan J. Gaudet | 93346 | $180.75 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 03-10889-SSM | Louise Holland | 112093 | $100.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 02-83095-RGM | James F. Adams | 112093 | $77.07 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 02-82585-SSM | Linda Briscoe | 112093 | $10.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 02-85191-RGM | Pamela J. Clardy | 112093 | $548.57 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-10341-SSM | Gladys E. Barnes | 112093 | $10.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-13994-RGM | Jeffrey Ray Salem | 112093 | $52.96 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 97-11035-RGM | Linda B. Waits | 112093 | $39.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-10914-RGM | James L. Howard | 112093 | $10.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 01-14224-SSM | Michael Phillips | 112093 | $10.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 00-11172-RGM | Luz Melby Vernaza | 112093 | $112.01 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-80904-RGM | Peggy A. Randall | 112094 | $78.49 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 98-25493-DHA | W. Albert Beachum | 143611 | $17.43 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 98-41640-SCS | Larry Brian Binns | 40313 | $26.42 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-40743-SCS | Felecia Monique Maxwell | 40313 | $9.24 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 99-41695-SCS | Helen Ruth Crumley Steen | 40313 | $2,037.55 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 10/31/2003 | 97-42813-SCS | Lonnie Augustus Parker | 40313 | $2,686.51 | Receipt of Deposit of Unclaimed Funds/Small Dividends |

1100 East Main Street, Suite 310, Richmond, VA 23219. Telephone 804-916-2400.
©Copyright 2001, U. S. Bankruptcy Court, Eastern District of Va. All Rights Reserved.