# United States Bankruptcy Court
## Eastern District of Virginia
Newport News Division

**TO:**  
Tommy Andrews , Jr.  
Tommy Andrews, Jr. P.C.  
122 North Alfred St.  
Alexandria, VA 22314

**In re:** Lonnie Augustus Parker Sr.  
Sheila Vanessa Parker  
**Case Number** 97–42813–SCS  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*50* – Motion for Return of Unclaimed Funds and NOTICE OF MOTION filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of Sheila Vanessa Parker. Objection(s) due by 5/3/2010. (Attachments: # (1) Exhibit(s) exhibit) (Andrews, Tommy)

**REQUIREMENTS OF FORM/PROCESS:**

__ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X** It appears that funds are unavailable for distribution, therefore, an Order will not be entered on the motion for unclaimed funds. $1343.26 was paid to Sheila V. Parker, c/o Tommy Andrews, Esq pursuant to order entered on 3/12/04

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

__ Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__ Not accompanied by proof of service indicating service of motion upon parties required to be served.

__ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__ Date, time and/or location omitted or incorrect in Notice of Hearing.

__ Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: April 21, 2010          CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ LaTanya N. Gibbs, Deputy Clerk  
Direct Dial Telephone No. 757–222–7513

[igmotionvDec2009.jsp]